# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br>ALEX TREVOR MCKINNEY<br>[DOB: 03-20-1999]<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No.<br>25-mj-2071DPR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 17, 2025__ in the county of __Greene__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl |

This criminal complaint is based on these facts:

See Attached Affidavit of DEA Special Agent Jonathon Richards (see Attachment B).

☑ Continued on the attached sheet.

_/s/ Jonathon Richards_
Complainant's signature

Jonathon Richards, DEA Special Agent
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: __8/5/25__

_/s/ David P. Rush_
Judge's signature

City and state: Springfield, Missouri

David P. Rush, United States Magistrate Judge
Printed name and title